ANTHONY M. BARNES, SBN 199048
JASON R. FLANDERS, SBN 238007
AQUA TERRA AERIS (ATA) LAW GROUP
490 43rd Street, Suite 108
Oakland, CA 94609
Telephone: (916) 202-3018
Email:  jrf@atalawgroup.com

**Attorney for Plaintiff**
Environmental Research Center, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ENVIRONMENTAL RESEARCH CENTER, INC., a non-profit California corporation,<br><br>            Plaintiff,<br><br>   vs.<br><br>SI03, INC., individually and doing business as SYNTRAX, a Delaware corporation; and DOES 1 through 25,<br>            Defendant. | Case No. 4:19-cv-00640-SBA<br><br>**STATEMENT OF RECENT DECISION**<br><br>**Hearing Date: April 10, 2019**<br>**Time: 2:00 PM**<br>**Judge: Hon. Saundra B. Armstrong** |

To the Court and the Parties:

      Pursuant to Local Rule 7-3(d)(2) please find the attached Order in *Environmental Research Center v. Hotze Health Wellness Center, et al*, 9th Circuit Case No. 18-17463, issued today shortly after Plaintiff filed its Reply Memorandum of Points and Authorities in Support of Motion for Remand and Motion for Attorneys' Fees and Costs.

//

//

//

//

1 | Respectfully submitted,

2 | Dated: March 21, 2019     AQUA TERRA AERIS LAW GROUP

3 | By:
4 | /s/Jason R. Flanders
    Jason R. Flanders
5 | *Attorneys for Plaintiff*
    ENVIRONMENTAL RESEARCH CENTER, INC.

# ATTACHMENT

```
                                                                    FILED
          UNITED STATES COURT OF APPEALS
                                                                    MAR 21 2019
               FOR THE NINTH CIRCUIT
                                                                  MOLLY C. DWYER, CLERK
                                                                   U.S. COURT OF APPEALS
```

| | |
|---|---|
| ENVIRONMENTAL RESEARCH CENTER, INC., | No. 18-17463 |
| Plaintiff-Appellee, | D.C. No. 3:18-cv-05538-VC Northern District of California, San Francisco |
| v. | |
| HOTZE HEALTH WELLNESS CENTER INTERNATIONAL ONE, LLC, individually and allegedly doing business as HOTZE VITAMINS; et al., | ORDER |
| Defendants-Appellants. | |

Before: SILVERMAN, TALLMAN, and MURGUIA, Circuit Judges.

Appellee's motion to dismiss this appeal for lack of jurisdiction (Docket Entry No. 4) is granted. *See* 28 U.S.C. § 1447(d); *Things Remembered, Inc. v. Petrarca*, 516 U.S. 124, 127 (1995); *Kunzi v. Pan Am. World Airways, Inc.*, 833 F.2d 1291, 1293 (9th Cir. 1987).

Appellants' motion to order the district court to recall the case and stay proceedings pending appeal (Docket Entry No. 6) is denied as moot.

**DISMISSED.**

sz/MOATT