UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 Clay Street
Oakland, CA 94612

www.cand.uscourts.gov

Susan Y. Soong
Clerk of Court

General Court Number
510-637-3530

April 24, 2019

Alameda County Superior Court
1225 Fallon Street
Oakland, CA 94612

RE:   Environmental Research Center, Inc. v. SI03, Inc.
      19-cv-00640-SBA

Your Case Number: RG19001031

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

☒ Certified original and one copy of this letter

☒ Certified copy of docket entries

☒ Certified copy of Remand Order

☐ Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

Susan Y. Soong, Clerk

*Cynthia J. Lenahan*

by: Cynthia Lenahan
Case Systems Administrator
510-637-3538